IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FERNANDO ARELLANO, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 1:24-MJ-000064-BAM<br><br>ORDER UNSEALING COMPLAINT |

　　　The United States having applied to this Court for a complaint, arrest warrants and protective order in the above-captioned proceedings and having applied for the complaint, arrest warrants and protective order to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

　　　IT IS ORDERED that the complaint, arrest warrants and protective order filed in the above-entitled matter shall be unsealed.

　Dated:  May 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1