PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ARELLANO,<br>ISAIAH SERENA,<br>JASON MOTT,<br>DAVID GONZALES and<br>CHRISTOPHER BACA-ARIAS,<br><br>Defendants. | CASE NO. 1:24-CR-00135-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as the undersigned attorneys for the defendants listed below, that the status conference set for October 23, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to February 26, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendants now move to continue the status conference, and to exclude time from October 23, 2024 to February 26, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                                                 1

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Substantial additional discovery is anticipated to be produced before the next hearing, including wiretap audio and transcriptions. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024 to January 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 15, 2024                     Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 15, 2024     By:   /s/ David Balakian
David Balakian
Attorney for Defendant
Fernando Arellano

Dated: October 15, 2024     By:   /s/ John Garland
John Garland
Attorney for Defendant
Isaiah Serena

Dated: October 15, 2024     By:   /s/ Galatea DeLapp
Galatea DeLapp
Attorney for Defendant
Jason Mott

Dated: October 15, 2024     By:   /s/ Anthony Capozzi
Anthony Capozzi
Attorney for Defendant
David Gonzales

Dated: October 15, 2024     By:   /s/ Patrick Aguirre
Patrick Aguirre
Attorney for Defendant
Christopher Baca-Arias

Stipulation                                         3

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 23, 2024, to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).  The parties requested a status conference for February 26, 2025, but excluded time only through January 22, 2025.

IT IS SO ORDERED.

Dated:   **October 18, 2024**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

Stipulation                                              4