MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ARELLANO,<br>ISAIAH SERENA,<br>JASON MOTT,<br>DAVID GONZALES and<br>CHRISTOPHER BACA-ARIAS,<br><br>Defendants. | CASE NO. 1:24-CR-00135-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as the undersigned attorneys for the defendants listed below, that the status conference set for January 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 14, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendants now move to continue the status conference, and to exclude time from January 22, 2025 to May 14, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                                        1

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Substantial additional discovery is anticipated to be produced before the next hearing, including wiretap audio and transcriptions.  Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2025 to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 15, 2025                           Respectfully submitted,

                                                MICHELE BECKWITH
                                                Acting United States Attorney

                                            By   /s/ Robert L. Veneman-Hughes
                                                   ROBERT L. VENEMAN-HUGHES
                                                   Assistant United States Attorney

Dated: January 15, 2025       By:   /s/ David Balakian
                                                   David Balakian
                                                   Attorney for Defendant
                                                   Fernando Arellano

Dated: January 15, 2025       By:   /s/ John Garland
                                                   John Garland
                                                 Attorney for Defendant
                                                 Isaiah Serena

Dated: January 15, 2025       By:   /s/ Galatea DeLapp
                                                   Galatea DeLapp
                                                 Attorney for Defendant
                                                 Jason Mott

Dated: January 15, 2025       By:   /s/ Anthony Capozzi
                                                 Anthony Capozzi
                                                 Attorney for Defendant
                                                 David Gonzales

Dated: January 15, 2025       By:   /s/ Patrick Aguirre
                                                 Patrick Aguirre
                                                 Attorney for Defendant
                                                 Christopher Baca-Arias

**ORDER**

IT IS SO ORDERED that the status conference is continued from January 22, 2025, to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 16, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation                              4