KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ARELLANO,<br>ISAIAH SERENA,<br>JASON MOTT, and<br>CHRISTOPHER BACA-ARIAS,<br><br>Defendants. | CASE NO. 1:24-CR-00135-TLN-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AS TO DEFENDANTS ARELLANO, SERENA AND MOTT, AND TO SET CHANGE OF PLEA FOR DEFENDANT BACA-ARIAS; AND ORDER |

IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as the undersigned attorneys for the defendants listed below, that the status conference set for August 13, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 22, 2025 at 1:00 p.m as to all defendants except CHRISTOPHER BACA-ARIAS.

As to defendant BACA-ARIAS, change of plea will be set before the Honorable Troy L. Nunley or Dale A. Drozd on August 25, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties and the United States have been engaged in plea negotiation.

2. Defendants SERENA and MOTT have agreed in principle to resolution, and the parties intend to set dates for change of plea in the coming weeks based on the schedule of counsel and/or the

Stipulation                                                                                     1

1  drafting of final language.

2      3.    Defendant BACA-ARIAS has executed a change of plea and the parties request that the
3  change of plea be set on <u>August 25, 2025</u> before the district court.

4      4.    Defendant ARELLANO recently had new counsel appointed, who has had to receive and
5  review approximately 144 GB of discovery. Previously, ARELLANO had received a plea offer from the
6  government which expired June 10, 2025. However, because of the appointment of new counsel, that
7  offer has been extended to expire October 8, 2025.

8      5.    The parties believe that by October 22, 2025, those parties who intend to enter a change
9  of plea will have done so. Any remaining parties will meet and confer to agree upon trial dates for that
10 date.

11     6.    By this stipulation, the parties now move to continue the status conference and/or set
12 change of plea, and to exclude time from <u>August 13, 2025</u> to <u>October 22, 2025</u>.

13     7.    The parties agree and stipulate, and request that the Court find the following:

14     a)    The government has represented that the initial discovery associated with this
15 case includes investigative reports, and related documents, photographs, etc., in electronic form.
16 All of this discovery has been either produced directly to counsel and/or made available for
17 inspection and copying. Substantial additional discovery is anticipated to be produced before the
18 next hearing, including wiretap audio and transcriptions.  Defense would like additional time to
19 review discovery, and investigate the foundation for a resolution by plea or trial further.

20     b)    The government does not object to the continuance.

21     c)    An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

27     d)    Based on the above-stated findings, the ends of justice served by continuing the
28 case as requested outweigh the interest of the public and the defendant in a trial within the

Stipulation      2

original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>August 13, 2025</u> to <u>October 22, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 5, 2025

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

By  /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 5, 2025  By:  /s/ Adilene Flores Estrada
Adilene Flores Estrada
Attorney for Defendant
Fernando Arellano

Dated: August 5, 2025  By:  /s/ John Garland
John Garland
Attorney for Defendant
Isaiah Serena

Dated: August 5, 2025  By:  /s/ Galatea DeLapp
Galatea DeLapp
Attorney for Defendant
Jason Mott

Dated: August 5, 2025  By:  /s/ Patrick Aguirre
Patrick Aguirre
Attorney for Defendant
Christopher Baca-Arias

Stipulation

3

**ORDER**

IT IS SO ORDERED that:

(1) The status conference for defendants FERNANDO ARELLANO, ISAIAH SERENA, and JASON MOTT is continued from August 13, 2025 to **October 22, 2025 at 1:00 pm before Magistrate Judge Barbara A. McAuliffe**;

(2) The status conference for defendant CHRISTOPHER BACA-ARIAS set on August 13, 2025 is vacated and a change of plea hearing is set for **August 25, 2025 at 9:30 a.m. before Chief District Judge Troy L. Nunley**;

(3) Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 until October 22, 2025 upon finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons stated above.

**The Court intends to set a trial date at the next status conference.  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing**.

IT IS SO ORDERED.

Dated:   **August 6, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation                                    4