Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2300 Tulare Street, Suite 120
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for Fernando Arellano

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FERNANDO ARELLANO,<br>Defendant. | Case No.: 1:24-cr-0135-JCC-EPG<br><br>**STIPULATION TO CONTINUE TRIAL; [~~PROPOSED~~] ORDER**<br><br>Judge: John C. Coughenour |

It is hereby stipulated between the parties that the trial start date set for September 1, 2026 at 8:30am, be continued to November 17, 2026 at 9:00am before the Honorable Judge John C. Coughenour. The parties agree that time shall be excluded through to November 17 2026, for purposes of defense preparation. The parties agree to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: July 15, 2026

/s/ Adilene Flores Estrada___
ADILENE FLORES ESTRADA
Attorney for Defendant
FERNANDO ARELLANO

/s/ Galatea DeLapp ___
GALATEA DELAPP
Attorney for Defendant
JASON MOTT

/s/ Robert Veneman-Hughes___
ROBERT VENEMAN-HUGHES
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERNANDO ARELLANO,

Defendant.

Case No.: 1:24-cr-0135-JCC-EPG

**[~~PROPOSED~~] ORDER**

Upon the parties' stipulation and for good cause shown, the trial date currently scheduled for September 1, 2026, at 8:30am is hereby continued to November 17, 2026, at 9:00 a.m. before the Honorable John C. Coughenour. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through November 17, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

It is so ORDERED this 16th day of July 2026.

HONORABLE DISTRICT JUDGE
JOHN C. COUGHENOUR