ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ARELLANO,<br><br>Defendant. | CASE NO. 1:24-CR-00135-JCC-EPG<br><br>STIPULATION TO SET SCHEDULE; PROPOSED ORDER THEROF |

Defendant Fernando Arellano is set for trial on November 17, 2026, but has filed a motion to suppress the wiretap in this case. This motion will not be dispositive, but the outcome of the motion will affect the parties' preparation for trial. In addition, on October 5, 2026, counsel for the Government informed defendant's counsel that as part of the preparation for trial, additional discovery would be forthcoming under a protective order.

After meeting and conferring, the parties propose the following briefing schedule and continued dates:

| | |
|---|---|
| Government Opposition: | October 30, 2026 |
| Defense Reply: | November 9, 2026 |
| Hearing (if needed): | November 16, 2026 |
| Trial: | February 1, 2027 |

The parties agree and stipulate that time be excluded until February 1, 2027, to allow the defendant

and his counsel to prepare for trial and review discovery.

Dated: October 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 5, 2026

By: /s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
FERNANDO ARELLANO

ORDER

It is so ordered, that dates be set as above and time be excluded in the interests of justice for defense preparation until February 1, 2027.

Date: October 7, 2026

Hon. JOHN C. COUGHENOUR
U.S. District Judge