ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ARELLANO,<br><br>Defendant. | CASE NO. 1:24-CR-00135-JCC-EPG<br><br>STIPULATION TO SET SCHEDULE; PROPOSED ORDER THEROF |

Defendant Fernando Arellano is set for trial on February 1, 2027, but the Court has indicated it would prefer to begin trial on February 16, 2027, due to a pre-existing conflict..

The parties agree and stipulate that time be excluded until February 16, 2027, to allow the defendant and his counsel to prepare for trial and review discovery.

Dated: November 17, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: November 17, 2026

By: /s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
FERNANDO ARELLANO

ORDER

It is so ordered, that trial be set on February 16, 2027 and time be excluded in the interests of justice for defense preparation until that date.

Date: November 17, 2026

Hon. JOHN C. COUGHENOUR
U.S. District Judge